UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. HANSSON, | Case No. 2:08-cv-1174 |
| Relator, | Judge Graham<br>Magistrate Judge Kemp |
| v. | **FILED IN CAMERA AND UNDER SEAL** |
| COBHAM, PLC, CONAX FLORIDA CORP., and H. KOCH SONS CO., | |
| Defendants. | |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the relators' First Amended Complaint, the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the seal be lifted on all other matters occurring in this action after the date of this Order; and,

3. all other papers or Orders on file in this matter shall remain under seal.

IT IS SO ORDERED,

This 20th day of August, 2013

_____
UNITED STATES DISTRICT JUDGE