UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. HANSSON, | Case No. 2:08-cv-1174 |
| Relator, | Judge Graham |
| | Magistrate Judge Kemp |
| v. | |
| COBHAM, PLC, CONAX FLORIDA CORP., and H. KOCH SONS CO., | **FILED IN CAMERA AND UNDER SEAL** |
| Defendants. | |

## ORDER OF DISMISSAL

Having been informed of a settlement entered into among the United States, Relators Mark Hansson and Stephen Schummer ("Relators"), and Defendants Conax Florida Corp., Cobham PLC, Carleton Technologies, Inc., and H. Koch & Sons, Inc. (collectively "Conax Defendants") with an effective date of August 13, 2013, it is hereby ORDERED that this action is dismissed, the dismissal being: (a) with prejudice to the Relators; (b) with prejudice to the United States as to the claims against the Conax Defendants for the Covered Conduct, as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States. The Court retains jurisdiction for purposes of enforcing the settlement agreement.

IT IS SO ORDERED.

September 17, 2013
Dated

UNITED STATES DISTRICT JUDGE